AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00033 |
| Loammi Yazdani-Isfehani (AKA: Elijah Yazdani) | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 2/18/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Loammi Yazdani-Isfehani (AKA: Elijah Yazdani),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 02/18/2022

Zia M. Faruqui
2022.02.18 15:36:43 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/18/2022, and the person was arrested on *(date)* 02/23/2022
at *(city and state)* Columbus, Ohio.

Date: 02/23/2022

*Arresting officer's signature*

Gregory Meek, FBI Special Agent
*Printed name and title*